Jacqueline BARON, Appellant,

v.

STATE of Missouri, Respondent.

ED 102815

Missouri Court of Appeals,
Eastern District,
DIVISION TWO.

Filed: March 15, 2016

Kevin B. Gau, 1010 Market Street, Suite 1100, St. Louis, MO 63101, for appellant.

Chris Koster, Nathan J. Aquino, P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before: Philip M. Hess, P.J., Gary M. Gaertner, Jr., J., and Angela T. Quigless, J.

### ORDER

PER CURIAM

Jacqueline Baron appeals from the motion court's judgment denying her Mo. R. Crim. P. 24.035 motion after an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal, and we conclude the motion court's denial of post-conviction relief was not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties, for their use only. We affirm the judgment pursuant to Mo. R. Civ. P. 84.16(b).